**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 15 2022

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 NOV 15 A 9:55

TAMMY H. DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. __4:22-cv-01110-JM__

Jury Trial: ☐ Yes ☐ No
(Check One)

I. **Parties**

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Earnest Young, III**
ADC # _____
Address: **#10 County Complex Circle Russellville, AR 72802**

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge __Moody__
and to Magistrate Judge __Ray__

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Jeffery Phillips**
Position: **Prosecuting Attorney**
Place of employment: **Courthouse, 4th Floor**
Address: **100 W. Main St. 4th Floor**

Name of defendant: _____

Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☒   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: **Pope County Detention Center #10 County Complex Circle Russellville, AR 72802**

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

**✓** in jail for other reasons (e.g., alleged probation violation, etc.)
explain: **I was serving a Parole Violation awaiting trial on Pending Charges**

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____   No **✓**

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ____  No _✓_

If not, why? This doesn't involve the Prison.

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Monday, November 09, 2020, I, by Summons of Service was supposed to attend Circuit Court physically. I was at Malvern's ORCU/Intake Unit with two (2) others that were hauled off to return back to Pope County's Detention Center to appear before the Judge physically. The Sherriffs left me behind. I watched them leave because we were in the same room. I had my certified letter or contract from the Circuit Court from the Circuit Clerk or Service Summons Contract. Service started at 9:00 A.M. I had until 4:00 P.M. to get there and no one (Sherriffs) came to pick me up and transfer me there. A Motion to Dismiss was filed on May 27, 2021 on the matter, a Motion to Dismiss or Alternative Motion to Supress. Mr. Jeff Phillips denied the motion on August 16, 2021.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To inform Mr. Phillips that I do have rights and the criminal procedures are to go as followed. To not deprive me of my rights to defend myself from being deprived. I suffered, am in a state of inertia, I am a Mental Health patient, and am experiencing Mental Anguish, Extreme Emotional Depression, Oppression, and Seeking a reward for $5,000,000.00.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 08 day of November, 2022.

*Earnest Young III*

_____

Signature(s) of plaintiff(s)

-8-

Earnest Young, III
#91205
#10 County Complex Circle
Russellville, Arkansas
72801

LITTLE ROCK AR 720
9 NOV 2022 PM

quadient
FIRST-CLASS MAIL
IMI
$000.81
11/09/2022 ZiP 72801
043M31228878
US POSTAGE

Legal Mail

Pro Se Clerk
600 W. Capitol Ave., Room A.149
Little Rock, AR
72201

72201-332989