IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EARNEST YOUNG III**                                                                                                **PLAINTIFF**

V.                                **CASE NO.  4:22-cv-01110 JM**

**JEFFERY PHILLIPS, Prosecuting
Attorney, Pope County**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of December, 2022.

_____
UNITED STATE DISTRICT JUDGE